UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 12 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| CLEMENTE GARCIA-SEGURA, Petitioner, | § § § | |
| v. | § § | CIVIL ACTION NO. B-02-13 CRIMINAL NO. B-99-195-01 |
| UNITED STATES OF AMERICA, Respondent. | § § § | |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. After a de novo review of the file, the Magistrate Judge's Report and Recommendation is hereby ADOPTED. The Petitioner's Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2255 is hereby DENIED.

DONE at Brownsville, Texas this 12 day of July, 2002.

Hilda Tagle
United States District Judge